## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

08CV3363
JUDGE LEINENWEBER
MAGISTRATE JUDGE ASHMAN

In the Matter of

SHIRLEY DOUCETTE, on behalf of the Estate of WILFRED DOUCETTE, plaintiff
v.
BAXTER HEALTHCARE CORPORATION, defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHIRLEY DOUCETTE, on behalf of the Estate of WILFRED DOUCETTE

FILED
JUN 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  Ryan Krueger | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Ryan Krueger | |
| FIRM  Law Office of Ryan Krueger | |
| STREET ADDRESS  4747 W. Peterson Avenue, Suite 404 | |
| CITY/STATE/ZIP  Chicago, Illinois 60646 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6237486 | TELEPHONE NUMBER  312-498-4586 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |