Ryan Gray Krueger
Law Office of Ryan Krueger
4747 W. Peterson Avenue
Suite 404
Chicago, IL 60646
(312) 498-4586



### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

---

SHIRLEY DOUCETTE, on behalf of the Estate of WILFRED DOUCETTE,

    Plaintiff,

vs.

BAXTER HEALTHCARE CORPORATION.

    Defendant.

Case No.: 1:08-cv-03363

---

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT BAXTER HEALTHCARE CORPORATION

**IT IS HEREBY STIPULATED** and agreed that the above-entitled action be and hereby is dismissed without prejudice and without costs as against Defendant Baxter Healthcare Corporation.

**IT IS FURTHER STIPULATED** that all statute of limitations applicable to Plaintiff's claims, to the extent such claims existed at the time of filing of this action or are acquired after the execution of this agreement, shall be deemed tolled as of the date of the filing of this action, for the pendency of this action, and for a period of one year from the date on which this stipulation is executed by the last party; provided,

however, that if either party provides written notice that the party is no longer desirous of tolling the above-entitled action, the tolling will end 60 days following the date on which the written notice is provided.

**IT IS FURTHER STIPULATED** that any statute of limitations or other defenses in this action are hereby preserved to the extent such defenses existed at the time of filing of this action or are acquired after the execution of this agreement.

Dated: July 18, 2008

Ryan Gray Krueger
Law Office of Ryan Krueger
4747 W. Peterson Avenue
Suite 404
Chicago, IL 60646
(312) 498-4586

*Attorney for Plaintiff Shirley Doucette and the Estate of Wilfred Doucette*

Dated: July 18, 2008

Sarah M. Padgitt
Baxter Healthcare Corporation
One Baxter Parkway, DF2-1E
Deerfield, IL 60015-4633
(847) 948-3966

*On behalf of Defendant Baxter Healthcare Corporation*