# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3363 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Shirley Doucette vs. Baxter Healthcare Corporation | | |

**DOCKET ENTRY TEXT**

Pursuant to the Stipulation, this case is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|

Case 1:08-cv-03363     Document 8     Filed 08/14/2008     Page 1 of 1

08C3363 Shirley Doucette vs. Baxter Healthcare Corporation                                                                                  Page 1 of 1